# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEWIS LIPNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-cv-1277 (JEB) |
| | ) | |
| UNITED AIR LINES, INC. and | ) | |
| DEUTSCHE LUFTHANSA | ) | |
| AKTIENGESELLSCHAFT, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER
## DISMISSING ENTIRE CASE WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff LEWIS LIPNICK, and defendants UNITED AIR LINES, INC. (now known as United Airlines, Inc.) and DEUTSCHE LUFTHANSA AG, by their respective counsel of record, that all the claims of plaintiff LEWIS LIPNICK, are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his or its own attorneys' fees and costs of suit.

IT IS SO STIPULATED.

                                        PLAINTIFF LEWIS LIPNICK


Dated:  May 8, 2014                          /s/
                                        Patrick A. Malone, Esq. (DC Bar No. 397142)
                                        Daniel C. Scialpi, Esq. (DC Bar No. 997556)
                                        Patrick Malone & Associates, P.C.
                                        1111 Sixteenth Street, NW, Suite 400
                                        Washington, DC  20036
                                        Telephone: (202) 742-1500
                                        Facsimile:  (202) 742-1515
                                        Email: pmalone@patrickmalonelaw.com
                                               dscialpi@patrickmalonelaw.com

DEFENDANT DEUTSCHE LUFTHANSA AG

/s/
Kenneth S. Nankin, Esq. (DC Bar No. 420058)
Nankin & Verma PLLC
4550 Montgomery Avenue, Suite 775N
Bethesda, MD  20814
Telephone:  (202) 463-4911
Facsimile:  (202) 463-6177
Email:  ksn@nankin.com

DEFENDANT UNITED AIR LINES, INC.

/s/
John G. Butler, III, Esq. (DC Bar No. 460969)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia  23114
Telephone:  (804) 893-3873
Facsimile:  (804) 378-2610
Email:  jbutler@snllaw.com

Richard G. Grotch, Esq. (CSB No. 127713)
Counsel Pro Hac Vice
Coddington, Hicks & Danforth, APC
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065
Telephone:  (650) 592-5400
Facsimile:  (650) 592-5027
Email:  rgrotch@chdlawyers.com

**<u>ORDER</u>**

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated: _____, 2014     _____
                                           JAMES E. BOASBERG
                                           United States District Judge